UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    15 CR 421 (PKC)

                -against-                                ORDER

ALBERT BARATOV,

                        Defendant.
-------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

            The government has responded to the letter of November 5, 2020 (Doc 40).

The Court is without power to grant any other relief regarding Mr. Baratov's immigration

status.  Letter Motion (Doc 40) is DENIED.

            SO ORDERED.

                                    _____
                                    P. Kevin Castel
                                    United States District Judge

Dated:  New York, New York
        December 18, 2020